In the Matter of ALBERT A. STAUDT, Appellant, against
JOSEPH D. McGOLDRICK, as Comptroller of the City of
New York, et al., Respondents.

Argued February 21, 1939; decided April 11, 1939.

*L. W. Widdecombe* and *A. B. Widdecombe* for appellant.
*William C. Chanler, Corporation Counsel (Davidson Sommers* and *William S. Gaud, Jr.,* of counsel), for respondents.

Order affirmed, without costs, on the authority of *Matter of Daly* v. *McGoldrick* (280 N. Y. 210). No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN and FINCH, JJ. Dissenting: RIPPEY, J.